IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3,** | § § § § § § | **Civil Action No. 7:17-cv-60** |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **ERNESTO SOLIS, ILEANA SOLIS,** | § § § | |
| **Defendants.** | § § | |

### JOINT MOTION TO ENTER AGREED FINAL JUDGMENT

Plaintiff HSBC Bank USA, N.A., as Trustee for the Registered Holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2007-3 ("Plaintiff") and Defendants Ernesto Solis and Ileana Solis ("Defendants" and together with Plaintiff as the "Parties") file this, their *Joint Motion to Enter Agreed Final Judgment*, and respectfully show the Court as follows:

**I.**

1.      The Parties have now reached an agreement to resolve this dispute as evidenced by an executed Confidential Settlement and Release Agreement and by the signature of their respective counsel on the Agreed Final Judgment is being filed contemporaneously herewith. Accordingly, the Parties file this Joint Motion and seek the entry of the attached Agreed Final Judgment that will resolve this matter in accordance with their agreement.

**WHEREFORE PREMISES CONSIDERED**, the Parties jointly request that this Court enter the Agreed Final Judgment in this cause and grant the Parties such other relief to which they are justly entitled.

Respectfully submitted,

By: ___*/s/ Philip W. Danaher*_____
**MARK D. CRONENWETT**
Texas Bar No. 00787303
Southern District Bar No. 21340
mcronenwett@mwzmlaw.com

**PHILIP W. DANAHER**
Texas Bar No. 24078395
Southern District Bar No. 2023903
pdanaher@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P.C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR PLAINTIFF**

*and*

By: */s/ Barry E. Jones w/ permission by Philip W. Danaher*
**BARRY E. JONES**
Texas Bar No. 10859200
324 W. 3rd Street
Mercedes, Texas 78570
956-565-8490
956-565-6514 (Fax)
barry@bejlawfirm.com

**ATTORNEY FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned certifies that on the 4th day of December, 2017, a true and correct copy of the foregoing document was delivered via ECF notification to the counsel of record listed below:

Barry E. Jones
324 W. 3rd Street
Mercedes, Texas 78570
956-565-8490
956-565-6514 (Fax)
barry@bejlawfirm.com

            */s/ Philip W. Danaher*
           **PHILIP W. DANAHER**