United States District Court
Southern District of Texas
**ENTERED**
December 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HSBC BANK USA, N.A., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-60 |
| | § | |
| ERNESTO SOLIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

**CAME ON TO BE CONSIDERED** this day, the above-numbered and styled cause wherein Plaintiff HSBC Bank USA, N.A., as Trustee for the Registered Holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2007-3 ("HSBC" or "Plaintiff") and Defendants Ernesto Solis and Ileana Solis ("Defendants" and together with Plaintiff as the "Parties") have announced to the Court that they desire to resolve all matters in controversy between them Pursuant to the agreement of the Parties, as expressed in an executed Confidential Settlement and Release Agreement and by this *Agreed Final Judgment* and as shown by the signatures of their respective counsel below.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that the Parties' *Motion for Entry of Agreed Final Judgment* is **GRANTED**. It is further,

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain Texas Home Equity Adjustable Rate Note executed on or about September 25, 2006 by Defendant Ernesto Solis originally payable to Resmae Mortgage Corporation (hereinafter

"Note"). It is further,

**ORDERED, ADJUDGED AND DECREED** that that certain Texas Home Equity Instrument dated September 25, 2006 signed by Ernesto Solis and Ileana Solis and recorded as document number 1669151 in the real property records of Hidalgo County, Texas (hereafter "Security Instrument"), provides HSBC, as the current holder of the Note and mortgagee of the Security Instrument, in the event of a default on the obligations on the Note, with a first lien security interest on that certain real property commonly known as 10800 N. Minnesota Road., Mission, Texas 78574 ("Property"), and more particularly described as follows:

> Being a 5.29 gross acre tract of land more or less, carved out of the South 15.87 acres of Lot 18, CA CONNOR & CO., INC. SUBDIVISION, Hidalgo County, Texas according to the map or plat thereof recorded in Volume 11, Page 17 Map Records of Hidalgo County, Texas, said 5.29 acre tract of land being more particularly described by metes and bounds as follows:
>
> COMMENCING at a 60-D nail found on the West line of said Lot 18 located n the center of N. Minnesota Road for the Southwest corner and point of beginning. Said nail is located North 08 deg, 50 min East, coincident with the West line of said Lot 18 a distance of 184.35 feet from the Southwest corner of said Lot 18;
>
> THENCE, North 08 deg, 50 min East, coincident with the West line of said Lot 18, a distance of 184.35 feet to a 60-D nail found fo the Northwest corner of this herein described tract;
>
> THENCE South 81, deg 10 min East, along a line parallel to the South line of said Lot 18, a distance of 20 feet pass a ½ inch iron rod found on the intersection with the East right of way line of said road, at a distance of 1,250.0 feet in all to a ½ inch iron road found on the intersection with the East lien of said Lot 18 for the Northeast corner of this herein described tract;
>
> THENCE, South 08 deg 50 min West, coincident with the East line of said Lot 18, a distance of 184.35 feet to a ½ inch iron road found for the Southeast corner of this herein described tract;
>
> THENCE, South 81 deg 10 min East, along a line parallel to the South line of said Lot 18 a distance of 1,230.0 feet pass a ½ inch iron rod found on intersection with the East right of way line of said road, at a distance of 1,205.0 feet in all to the Point of Beginning. Containing 5.29 gross acres of land, more or less of which the West

> 20 feet or 0.08 acres, more or less are located within the right of way of said N. Minnesota Road, leaving 5.21 net acres of land more or less.
>
> Save and except and subject to any prior partial releases and subordinations of record.

It is further,

**ORDERED, ADJUDGED AND DECREED** that HSBC is the current holder and owner of the Note and beneficiary of the Security Instrument and the Security Instrument is fully enforceable against the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note; prejudgment interest; post-judgment interest at the Note interest rate; HSBC's attorneys' fees; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that due to event of default on the Note, HSBC, or its successors or assigns, may enforce its Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and section 51.002 of the Texas Property Code. It is further,

**ORDERED, ADJUDGED AND DECREED** that HSBC's non-judicial foreclosure on the Property shall for the satisfaction of this judgment and shall be available as a remedy to HSBC so long as this judgment is outstanding and not dormant. It is further,

**ORDERED, ADJUDGED AND DECREED** that all foreclosure notices shall be mailed to Ernesto Solis and Ileana Solis, 10800 N. Minnesota Road., Mission, Texas 78574, with a copy to Barry E. Jones, 324 W. 3rd Street, Mercedes, Texas 78570. It is further,

**ORDERED, ADJUDGED, AND DECREED** that this is a final, appealable judgment, and costs are taxed against the party incurring the same, any relief not specifically granted in this Judgment is **DENIED**.

SO ORDERED this 5th day of December, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge